ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendants*
*Countrywide Bank, FSB, Bank of America,*
*N.A., itself and as successor by merger to*
*BAC Home Loans Servicing, L.P.,*
*ReconTrust Co., N.A., Federal Home Loan*
*Mortgage Corporation, and MERS*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HAAG; EDUARDO HAAG; and NATALIE HAAG,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CENTRAL MORTGAGE COMPANY; MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS; BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; FEDERAL HOME LOAN MORTGAGE CORPORATION; RECONTRUST COMPANY, N.A.; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:11-cv-00923-GMN-LRL<br><br>**ORDER EXPUNGING LIS PENDENS** |

On May 18, 2012, this Court issued an Order [Dk. 40] granting Defendants Countrywide Bank, FSB, Bank of America, N.A., itself and as successor by merger to BAC Home Loans Servicing, L.P., ReconTrust Co., N.A., Federal Home Loan Mortgage Corporation, and MERS' (collectively, **Defendants**) Motion to Dismiss Pursuant to the Doctrine of Res Judicata [Dkt. 10] and Motion to Dismiss [Dkt. 14].

///

{24485367;1}

1  Defendants request that the lis pendens Plaintiffs Patricia Haag, Eduardo Haag, and Natalie Haag (collectively, **Plaintiffs**) recorded against the subject property be canceled, released, and expunged.

The Court finds that Plaintiffs recorded a Notice of Lis Pendens (**Lis Pendens**) on or about October 12, 2011, as Document Number 201110120002125 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

The Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced Lis Pendens is hereby canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged, and decreed that Defendants record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Steven G. Shevorski
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

{24485367;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 10th day of July, 2012, and pursuant to FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER EXPUNGING LIS PENDENS,** postage prepaid and addressed to:

John Peter Lee, Esq.
Yvette R. Freedman, Esq.
JOHN PETER LEE, LTD.
830 Las Vegas Blvd. South
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

Richard J. Reynolds, Esq.
TURNER REYNOLDS GRECO & O'HARA
16485 Laguna Canyon Road
Irvine, California 92618

Michael E. Sullivan
ROBINSON BELAISTEGUI SHARP & LOW
71 Washington Street
Reno, Nevada 89503

*Attorneys for Defendant*
*MTC Financial, Inc.*

/s/ Debbie Julien
An employee of AKERMAN SENTERFITT LLP

{24485367;1}

# EXHIBIT A

# EXHIBIT A

{20628576;1}



Inst #: 201110120002125
Fees: $16.00
N/C Fee: $0.00
10/12/2011 02:05:56 PM
Receipt #: 944075
Requestor:
JOHN PETER LEE
Recorded By: GILKS   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

# RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 177-22-114-049

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

John Peter Lee, Ltd

**Return to:**

**Name** John Peter Lee, Ltd

**Address** 830 Las Vegas Blvd. South

**City/State/Zip** Las Vegas, Nevada 89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO HAAG, PATRICIA HAAG, and NATALIE HAAG,<br><br>Plaintiff,<br>v.<br><br>COUNTRYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; CENTRAL MORTGAGE COMPANY; MTC FINANCIAL, INC. dba TRUSTEE CORPS.; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, FEDERAL HOME LOAN MORTGAGE CORPORATION, RECONTRUST COMPANY, N.A. DOES I through X and ROE CORPORATIONS I through X;<br><br>Defendants. | CASE NO.: 2:11-cv-00923-GMN-RLR |

2140.024184-tnd

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Complaint implicating title has been filed in the above-entitled Court by the Plaintiffs against the named Defendants, COUNTRYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; CENTRAL MORTGAGE COMPANY; MTC FINANCIAL, INC. dba TRUSTEE CORPS.; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, FEDERAL HOME LOAN MORTGAGE CORPORATION, RECONTRUST COMPANY, N.A.

. . .

. . .

The said premises affected by this action is commonly described as commonly described as 8958 Edgeworth Place, Las Vegas, Nevada 89123-3085, APN 177-22-114-049. Legal description as follows:

> Lot Eighteen (18) in Block Two (2) of Crystal Springs R-2 No. 17, as shown by map thereof on file in Book 80 of Plats, Page 72, in the Office of the County Recorder, Clark County, Nevada.

DATED this 4th of October, 2011.

JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

I hereby attest and certify on 10/11/11 that the foregoing document is a full, true and correct copy of the original on file in my said custody.

U.S. DISTRICT COURT
DISTRICT OF NEVADA

by _____ Deputy Clerk

-2-